# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA, | Case No. 1:17-CR-0157 DAD BAM and |
| Plaintiff, | Case No. 1:17-CR-0158 DAD BAM |
| v. | |
| DUSTIN HARDIN, | ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C. §4241(b) |
| Defendant. | |

The Court received a letter from defendant requesting appointment of new counsel. In the letter, however, Defendant Dustin Hardin explained that he had been physically harming himself, intended to harm himself further, was fixated on a conspiracy that all people in the justice system were engaged in a conspiracy to harm him, including murder, and that he could not trust anyone. At a June 11, 2018 hearing, counsel represented his concern that his client lacks the present ability to consult with counsel in a meaningful way and that he is unable to assist properly in his defense. The Court finds that once the Court is presented with representations which form reasonable cause to believe the defendant lacks the mental fitness to proceed, whether by motion, by facts coming before it, or through its own observations, the Court is mandated to order a psychiatric or psychological exam. *See generally Chavez v. United States,* 656 F.2d 512, 516-18 (9th Cir.1981). Based upon defendant's letter and as confirmed by counsel, the Court has reasonable cause to believe defendant lacks the mental fitness to proceed.

///

1

THEREFORE, IT IS ORDERED that pursuant to 18 U.S.C. §4241(b), a psychiatric or psychological examination of defendant Dustin Hardin be conducted and that a psychiatric or psychological report be filed with the court pursuant to the provisions of 18 U.S.C. §4247(b) and (c). It is further ORDERED that defendant is committed to the custody of the Attorney General, and the United States Marshal's Service is directed to transfer defendant to a suitable facility for examination.

IT IS SO ORDERED.

Dated: **June 12, 2018**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE