FILED

JUN 12 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATED OF AMERICA,

       Plaintiff,

       v.

DUSTIN HARDIN,

       Defendant.

_____ /

Case No. 1:17-CR-0157 DAD BAM and

Case No. 1:17-CR-0158 DAD BAM

ORDER SEALING

    The Court has received and reviewed a letter from Defendant Dustin Hardin dated May 21, 2018. Good cause appearing, Defendant's letter dated May 21, 2018, shall be filed under seal in the above-captioned criminal actions until further order of the Court.

IT IS SO ORDERED.

    Dated: 6/12/18

_____
UNITED STATES MAGISTRATE JUDGE

1