# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA, | Case No. 1:17-CR-0157 DAD BAM and |
| Plaintiff, | Case No. 1:17-CR-0158 DAD BAM |
| v. | |
| DUSTIN HARDIN, | ORDER DESIGNATING DATE OF ARRIVAL OF DEFENDANT AND SERVICE OF ORDER |
| Defendant. | |

On June 12, 2018, this Court ordered defendant to psychiatric or psychological examination pursuant to 18 U.S.C. §4241(b). Defendant arrived at the Metropolitan Detention Center (MDC), Los Angeles, on June 28, 2018. The Court has received a request from the MDC that the 30-day study period pursuant to 18 U.S.C. §4247(b) begin on the date of arrival.

For good cause shown, the Court GRANTS the request. The Court finds that commitment for the evaluation commenced upon defendant's arrival the MDC on June 28, 2018.

The Clerk is directed to serve a copy of this order on Warden L.J. Milusnic, Federal Bureau of Prisons, Metropolitan Detention Center, 535 N. Alameda Street, Los Angeles, CA 90012.

IT IS SO ORDERED.

Dated: **July 9, 2018**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1