McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA  93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00158-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| DUSTIN HARDIN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on November 9, 2020. ECF No. 54. The Court appointed Melissa B. Baloian to represent defendant in the matter on November 17, 2020. ECF No. 56. According to defendant's counsel, the supplemental motion is due for filing on or before January 11, 2021.

2. In spite of due diligence, defendant's counsel is unable to complete and file the supplemental motion due to a recent medical condition that has required hospitalization. Counsel contacted the government requesting additional time to file the supplemental motion, and the government has no objection.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

1

  a)   Any supplemental motion shall be filed on or before January 25, 2021;

  b)   The government's response to be filed on or before February 15, 2021;

  c)   The defendant's reply to the government's response to be filed on or before February 22, 2021.

IT IS SO STIPULATED.

Dated: January 10, 2021          McGREGOR W. SCOTT
                  United States Attorney

                  /s/ MELANIE L. ALSWORTH
                  MELANIE L. ALSWORTH
                  Assistant United States Attorney

Dated: January 10, 2021          /s/ MELISSA B. BALOIAN
                  MELISSA B. BALOIAN
                  Counsel for Defendant
                  DUSTIN HARDIN

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a)   The defendant's supplemental motion is due on or before January 25, 2021;

  b)   The government's response to the defendant's motion is due on or before February 15, 2021;

  b)   The defendant's reply to the government's response, if any, is due on February 22, 2021.

IT IS SO ORDERED.

Dated: **January 11, 2021**              _/s/ Dale A. Drozd_
                        UNITED STATES DISTRICT JUDGE