**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, California 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant DUSTIN HARDIN.

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>DUSTIN HARDIN,<br><br>             Defendant. | Case No. 1:17-CR-00158-DAD<br><br>**STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER** |

### STIPULATION

The defendant, DUSTIN HARDIN, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Melanie Alsworth, hereby stipulate as follows:

1. By previous order, the supplemental motion is due for filing on or before January 25, 2021.

2. Defendant's counsel has been ill, hospitalized, and now is undergoing a longer than anticipated recovery. Counsel has contacted the government requesting additional time to file the supplemental motion for compassionate release.

3. The parties agree and stipulate, and request the Court to set the briefing schedule on the defendant's motion as follows:

    a. The supplemental motion shall be filed on or before February 12, 2021;

    b. The government's response is to be filed on or before March 5, 2021;

    c. The defendant's reply to the government's response is to be filed on or before March 12, 2021.

IT IS SO STIPULATED.

Dated: January 21, 2021

/s/ MELISSA BALOIAN
_____
**Melissa Baloian**
Attorney for Defendant

Dated: January 21, 2021

/s/ MELANIE L. ALSWORTH
_____
**Melanie L. Alsworth**
Assistant United States Attorney

-------------------------------------------------------------------------------------------------------------

### FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a) The defendant's supplemental motion is due on or before February 12, 2021;

    b) The government's response is due on or before March 5, 2021;

    c) The defendant's reply is due on or before March 12, 2021.

IT IS SO ORDERED.

Dated: **January 21, 2021**                          _____
                                                                 UNITED STATES DISTRICT JUDGE