**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, California 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant DUSTIN HARDIN.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DUSTIN HARDIN, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:17-CR-00158 <br><br> **MOTION TO FILE EXHIBIT C** <br> **MEDICAL RECORDS UNDER SEAL** <br> **AND ORDER.** |

Counsel for Mr. Dustin Hardin requests to file Exhibit C, the medical records of Mr. Dustin Hardin while housed at the Bureau of Prisons, under seal. The records contain personal information.

Dated: February 12, 2021                                    Respectfully submitted,


                                                             /s/ Melissa Baloian
                                                            Melissa Baloian

ORDER

Having received and reviewed the request to seal Exhibit C to the Motion for Compassionate Release filed by the Defendant, the court finds good cause for the sealing of that exhibit and therefore GRANTS the request.

IT IS SO ORDERED.

Dated:   **February 12, 2021**                    _/s/ Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE