UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:17-cr-00158-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER DIRECTING DEFENDANT TO SUPPLEMENT HIS MOTION |
| DUSTIN HARDIN, | (Doc. No. 71) |
| Defendant. | |

Defendant Dustin Hardin has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (Doc. No. 71.) Defendant Hardin also requests that the court appoint counsel to represent him in connection with his motion. (*Id.*) The court has screened the pending motion pursuant to Rule 4 of the Rules Governing Section 2254 and 2255 cases and finds that it does not sufficiently assert a basis for relief. Defendant asserts only that he is entitled to relief "on the basis this court violated the United States Constitution and 2nd Amendment when sentencing the defendant for 18 U.S.C. § 922(g)(1) to a term of imprisonment." (*Id.*) This assertion is completely conclusory, and defendant has failed to state any factual or legal basis for relief, nor has he indicated what statutory provision he is seeking relief pursuant to, all of which are required for the court to consider his motion. Moreover, although prisoners have no right to appointed counsel in § 2255 proceedings, a court has discretion to appoint counsel only if the

interests of justice so require.  18 U.S.C. § 3006A(a)(2)(B).  For the same reasons the court cannot determine the basis of defendant's motion, the court likewise cannot determine if the interests of justice require the appointment of counsel at this stage.  Accordingly, defendant is directed to file a supplemental brief in support of his motion, if he so chooses, by July 31, 2021.  Therein, defendant shall explain the factual or legal basis for his purported relief pursuant to § 2255.  Upon review of defendant's supplemental brief, the court will determine how to proceed.  Any supplemental filing will relate back to the date of defendant's original motion.

IT IS SO ORDERED.

Dated:   **June 25, 2021**

_____
UNITED STATES DISTRICT JUDGE