UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN HARDIN,<br><br>Defendant. | No. 1:17-cr-00158-DAD-BAM-1<br><br>ORDER SETTING BRIEFING SCHEDULE AND DIRECTING GOVERNMENT TO RESPOND<br><br>(Doc. No. 71) |

On June 14, 2021, defendant Dustin Hardin filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (Doc. No. 71.) On June 28, 2021, the court directed defendant to supplement his motion, and on July 12, 2021, defendant did so. (Doc. No. 73.) The court has screened the motion and the supplemental briefing pursuant to Rule 4 of the Rules Governing Section 2254 and 2255 cases, and the government is hereby ordered to respond to the motion. Within 45 days of electronic service of this order, the government shall file and serve a response to the pending § 2255 motion. Defendant will have 30 days to file a reply to the government's response.

IT IS SO ORDERED.

Dated:  **September 10, 2021**

UNITED STATES DISTRICT JUDGE

1