UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN HARDIN,<br><br>Defendant. | No. 1:17-cv-00158-DAD-BAM-1<br><br>ORDER DENYING PETITIONER'S MOTION FOR TRANSCRIPTS FREE OF COST<br><br>(Doc. No. 72) |

Petitioner Dustin Hardin currently has a motion to vacate, set aside, or correct his sentencing under 28 U.S.C. § 2255 pending before this court. (Doc. No. 71.) On June 14, 2021, petitioner filed a motion to receive all court transcripts free of cost due to his indigent status. (Doc. No. 72.)

An indigent criminal defendant is entitled to a trial transcript on direct appeal as a matter of law. *Griffin v. Illinois*, 351 U.S. 12, 76 (1956); *see also Britt v. North Carolina*, 404 U.S. 226, 227 (1971). However, there is no entitlement to a free copy of the transcript of proceedings when seeking collateral review. *See Rodriguez v. Gonzalez*, No. 1:09-00748-OWW-DLB, 2009 WL 2914151, at *1 (E.D. Cal. Sept. 9, 2009). In *United States v. MacCollom*, 426 U.S. 317, 326 (1976), the Supreme Court upheld 28 U.S.C. § 753(f), which allowed a free copy of transcripts for a federal habeas petitioner who demonstrated that their petition was not frivolous and the

1  transcripts were necessary to the petition's disposition.  Nevertheless, "documents and/or
2  transcripts are only provided at government expense upon a showing of a particularized need for
3  the documents which are necessary to decide issues in a non-frivolous pending case." *Rodriguez*,
4  2009 WL 2914151 at *1 (citing *MacCollom*, 426 U.S. at 323–330).

5      In this instance, petitioner has failed to make any showing of a particularized need for the
6  requested transcripts of a status conference, his change of plea hearing and the sentencing hearing
7  in this case.  An indigent petitioner "does not have a constitutional right to access a free transcript
8  in order to search for error." *Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992).  Accordingly,
9  the court will deny petitioner's motion to receive transcripts of the noted hearings free of cost.

10  ## CONCLUSION

11      Petitioner Hardin's motion to receive all court transcripts free of cost (Doc. No. 72) is
12  denied.

13  IT IS SO ORDERED.

14  Dated:  **October 14, 2021**

15  UNITED STATES DISTRICT JUDGE